UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| **SUSAN RIVERA**, *individually, and on behalf of all others similarly situated*, | : <br> : <br> : |
| Plaintiff, | : <br> : Civil Action No.: 3:23-cv-00961-JAM |
| v. | : <br> : |
| **WHITE ROSE HOME CARE AGENCY, LLC** | : <br> : <br> : |
| and, | : <br> : |
| **JODYANN PRENDERGAST** | : <br> : <br> : |
| Defendants. | : |

---

## NOTICE OF PLAINTIFF SUSAN RIVERA'S ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO RULE 68

Plaintiff SUSAN RIVERA, by and through her undersigned counsel, hereby accepts the Offer of Judgment Pursuant to Fed. R. Civ. P. 68, incorporated herein as Exhibit 1, to allow a judgment to be taken against Defendants and entered in favor of Plaintiff SUSAN RIVERA in the amount of Seven Thousand Dollars and Zero Cents ($7,000.00), as well as a separate amount to be determined for all costs and reasonable attorneys' fees now accrued to the date of the offer.

Dated: September 15, 2023

RESPECTFULLY SUBMITTED,

*/s/ Edmund Celiesius*
Edmund C. Celiesius
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: (855) 582-5297
ed.celiesius@jtblawgroup.com

* Admitted Pro Hac Vice

*Lead Counsel for Plaintiff*

Mathew Sorokin
The Sorokin Law Firm, LLC
9 Lewis Street
Hartford, CT 06103
T: (860) 776-6017
F: (860) 726-7813
mat@sorokinlaw.com

*Local Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that I served the foregoing NOTICE OF PLAINTIFF SUSAN RIVERA'S ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO RULE 68 on September 15, 2023, via email to:

Andre Cayo, Esq. (Ct29012)
2777 Summer Street, 5th Floor
Stamford, CT 06901
T: (203) 517-0416
F: (203) 517-0418
cayolaw@gmail.com

*Counsel for Defendants*

*/s/ Edmund Celiesius*
Edmund C. Celiesius

# Exhibit 1

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Susan Rivera | CASE #:3:23-cv-00961-JAM |
| V. | |
| White Rose Home Care Agency, LLC, et al | September 01, 2023 |

# DEFENDANTS' OFFER OF JUDGMENT PURSUTANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

    Defendants, White Rose Home Care Agency, LLC and Jodyann Prendergast ("Defendants"), by and through counsel, pursuant to Federal Rule of Civil Procedure 68, hereby submits this Offer of Judgment ("Offer") which offer to allow judgment to be entered in favor of the plaintiff, Susan Rivera and against Defendants as follows:

1. A single judgment shall be entered in favor of the plaintiff and against the defendants for all damages, inclusive of statutory and actual damages in the aggregate amount of Seven Thousands Dollars and 00/100 ($7,000.00).

2. The Defendants shall provide Plaintiff's counsel with a check in the amount of Seven Thousand and One Dollar ($7,000.00) within 14 days of entry of judgment.

3. Separate from and in addition to the damages referred to in paragraph 1, *supra*, judgment shall be entered against the defendants and in favor of the plaintiff for plaintiff's cost of this action and reasonable attorney's fees incurred by Plaintiff in connection with her claims through the date of this Offer.  Said amount for attorney's fees and costs are to be in an amount agreed between counsel for the parties,

or if they are unable to agree, as determined by the Court upon application by Plaintiff's counsel, subject to objection and response by the defendants' counsel as to the reasonableness of the attorney's fees and costs claimed by Plaintiff.

4. According to FRCP 68, if Plaintiff does not accept this Offer within fourteen (14) days after service, it will be deemed withdrawn.

5. Pursuant to FRCP 68, this offer is made at least fourteen (14) days before the date set for trial.

6. This Offer of Judgment is made for purposes of FRCP 68 only and shall not constitute or otherwise be construed as an admission of liability in any respect or be construed as an admission of any fact, finding, conclusion, issue of law, violation of law, or wrongdoing.

7. To be effective, this Offer must be accepted in its entirety.

Respectfully submitted,
THE DEFENDANTS

/s/__Andre Cayo (ct29012)
Andre Cayo, Esq. (Ct29012)
2777 Summer Street, 5rd Floor
Stamford, CT 06901
203-517-0416  Phone
203-517-0418 Fax
Cayolaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2023 a copy of the foregoing was served via Fedex two days delivery to

**Mathew Sorokin**
The Sorokin Law Firm, LLC
9 Lewis Street
Hartford, CT 06103
860-776-6017
Fax: 860-726-7813
Email: mat@sorokinlaw.com


And via email to:

ed.celiesius@jtblawgroup.com, nicholasconlon@jtblawgroup.com , mat@sorokinlaw.com


/s/ Andre Cayo
Andre Cayo