UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUSAN RIVERA

    v.                                                      3:23CV961 (JAM)

WHITE ROSE HOME CARE AGENCY, LLC
JODYANN PRENDERGAST

## JUDGMENT

This matter came on before the Honorable Jeffrey A. Meyer, United States District Judge, as a result of defendant's Offer of Judgment and plaintiff's Notice of Acceptance.

The Court has reviewed all of the papers filed in conjunction with the Offer and Acceptance, and on September 19, 2023, entered an order approving the Notice of Acceptance of Offer of Judgment. Judgment is entered in the amount of $7,000, inclusive of statutory and actual damages in the aggregate amount of $7,000. An amended judgment may enter if plaintiff submits a properly supported request for costs and reasonable attorney's fees within 30 days.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff, and against the defendants, in the amount of $7,000, in accordance with the Offer of Judgment and Notice of Acceptance, and the case is closed.

Dated at New Haven, Connecticut, this 20th day of September 2023.

                                                            Dinah Milton Kinney, Clerk of Court,

                                                            By /s/ Diahann Lewis
                                                            Deputy Clerk

ENTERED ON DOCKET 9/20/2023